UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIRECTV, INC, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DELBERT A. CONRAD,<br><br>    Defendant. | NO. CV-04-5095-RHW<br><br>**ORDER GRANTING STIPULATION TO DISMISS, ENTERING PERMANENT INJUNCTION, AND CLOSING FILE** |

Before the Court are the parties' Stipulation RE: Dismissal of Defendant Delbert A. Conrad (Ct. Rec. 14) and Stipulation RE: Permanent Injunction of Defendant Delbert A. Conrad (Ct. Rec. 13). The parties request that the Court enter a permanent injunction and dismiss all claims against Defendant.

Accordingly, **IT IS HEREBY ORDERED**

1. The Stipulated Permanent Injunction of Defendant Delbert A. Conrad (Ct. Rec. 13) is **GRANTED**.

2. All claims against Defendant in the above-captioned case are **DISMISSED**, with prejudice and without attorneys' fees and costs.

///
///
///
///

**ORDER GRANTING STIPULATION TO DISMISS, ENTERING PERMANENT INJUNCTION, AND CLOSING FILE** ~ 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order, forward copies to counsel and **close** the file.
3     **DATED** this 26th day of September, 2005.
4
5                                             s/ ROBERT H. WHALEY
                                          Chief United States District Judge
6
7
8
9
10 Q:\CIVIL\2004\DIRECTV v. Conrad, CV-04-5095\dismiss.wpd
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING STIPULATION TO DISMISS, ENTERING PERMANENT INJUNCTION, AND CLOSING FILE ~ 2**